IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-122-BO-KS

| | | |
|---|---|---|
| CORNERSTONE ASSEMBLY OF GOD, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ON MOTION TO STAY** |
| v. | ) | |
| | ) | |
| BROTHERHOOD MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

THIS MATTER IS BEFORE THE COURT on Defendant's Motion to Stay Discovery pending the court's ruling on on Defendant's Motion for Judgment on the Pleadings.

For good cause shown and there being no objection from Plaintiff, the court, in its discretion, GRANTS Defendant's Motion to Stay Discovery [DE #15] and hereby STAYS discovery pending the court's resolution of Defendant's Motion for Judgment on the Pleadings. If claims remain after disposition of the motion, the parties shall conduct a discovery conference and submit a joint Rule 26(f) report within twenty-one (21) days after the court's ruling.

This the 23rd day of January 2023.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge